# U.S. District Court
# Northern District of Florida - District Version 3.0 (Pensacola)
# CIVIL DOCKET FOR CASE #: 3:07-cv-00176-RV-EMT
# Internal Use Only

MONTGOMERY et al v. DAVOL INC et al
Assigned to: SENIOR JUDGE ROGER VINSON
Referred to: MAGISTRATE JUDGE ELIZABETH M TIMOTHY
Cause: 28:1391 Personal Injury

Date Filed: 04/20/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**NEIL MONTGOMERY, JR** represented by **NEIL DUANE OVERHOLTZ**
AYLSTOCK WITKIN, KREIS & OVERHOLTZ, PLLC - PENSACOLA FL
55 BAYBRIDGE DRIVE
GULF BREEZE, FL 32561
850-916-7450
Fax: 850-916-7449
Email: noverholtz@awkolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. JASON RICHARDS**
AYLSTOCK WITKIN, KREIS & OVERHOLTZ, PLLC - PENSACOLA FL
55 BAYBRIDGE DRIVE
GULF BREEZE, FL 32561
850-916-7450
Fax: 850-916-7449
Email: jrichards@aws-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STORMI MONTGOMERY** represented by **NEIL DUANE OVERHOLTZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. JASON RICHARDS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC** represented by **JOHN M KVARTEK**
CLARK PARTINGTON HART ETC - PENSACOLA FL
125 W ROMANA ST STE 800 [32501]
PO BOX 13010
PENSACOLA, FL 32591-3010
850/434-9200
Fax: 850/432-7340

Email: jkvartek@cphlaw.com

**Defendant**

**C R BARD INC** represented by **JOHN M KVARTEK**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2007 | 1 | COMPLAINT (Filing fee $350.00), filed by NEIL MONTGOMERY, JR, STORMI MONTGOMERY. (tnc) (Entered: 04/20/2007) |
| 04/20/2007 | 2 | CIVIL COVER SHEET. (tnc) (Entered: 04/20/2007) |
| 04/20/2007 | 3 | Summons Issued as to DAVOL INC, C R BARD INC. (tnc) (Entered: 04/20/2007) |
| 04/20/2007 | | (Court only) ***Set Deadline - 120 Day No Activity Deadline set for 8/20/2007 (tnc) (Entered: 04/20/2007) |
| 06/19/2007 | 4 | *Answer and Affirmative Defenses* ANSWER to Complaint with Jury Demand by DAVOL INC, C R BARD INC. (KVARTEK, JOHN) (Entered: 06/19/2007) |
| 06/19/2007 | 5 | MOTION to Dismiss *Counts V and VI* by DAVOL INC, C R BARD INC. *(Internal deadline for referral to judge if response not filed earlier: 7/9/2007)* (KVARTEK, JOHN) (Entered: 06/19/2007) |
| 06/19/2007 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss *Counts V and VI* by DAVOL INC, C R BARD INC. (KVARTEK, JOHN) (Entered: 06/19/2007) |
| 06/19/2007 | 7 | Corporate Disclosure Statement/Certificate of Interested Persons by DAVOL INC, C R BARD INC. (KVARTEK, JOHN) (Entered: 06/19/2007) |
| 06/20/2007 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of Judge ROGER VINSON notified that action is needed Re: 4 Answer to Complaint (Proposed scheduling order) (djb) (Entered: 06/20/2007) |
| 06/20/2007 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of Judge ROGER VINSON notified that action is needed Re: 5 MOTION to Dismiss *Counts V and VI* (Proposed deficiency order) (djb) (Entered: 06/20/2007) |
| 06/21/2007 | 8 | DEFICIENCY ORDER re 5 MOTION to Dismiss *Counts V and VI* filed by DAVOL INC, C R BARD INC. The document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules. Signed by Judge ROGER VINSON on 6/21/2007. (djb) (Entered: 06/21/2007) |
| 06/21/2007 | 9 | INITIAL SCHEDULING ORDER : Signed by Judge ROGER VINSON on 6/21/2007. Fed.R.Civ.P. 7.1 Corporate Disclosure Statement due by 7/5/2007. Rule 26 Meeting Report due by 8/6/2007. Discovery due by 11/17/2007. (djb) (Entered: 06/21/2007) |
| 06/25/2007 | 10 | NOTICE *of Compliance re Order dated 6/21/07* by DAVOL INC, C R BARD INC (KVARTEK, JOHN) (Entered: 06/25/2007) |
| 06/29/2007 | 11 | MEMORANDUM in Opposition re 5 MOTION to Dismiss *Counts V and VI* filed by NEIL MONTGOMERY, JR. (OVERHOLTZ, NEIL) (Entered: 06/29/2007) |
| 07/02/2007 | | ACTION REQUIRED BY DISTRICT JUDGE - Chambers of Judge ROGER VINSON notified that action is needed - Re: 5 MOTION to Dismiss *Counts V and VI*, 6 Memorandum in Support and 11 Memorandum in Opposition to Motion. (laj) (Entered: 07/02/2007) |
| 07/16/2007 | | (Court only) ***Terminate Deadlines: Re: 11 MEMORANDUM in Opposition, 5 MOTION to Dismiss *Counts V and VI* filed by NEIL MONTGOMERY, JR. (djb) (Entered: 07/16/2007) |

| | | |
|---|---|---|
| 07/20/2007 | 12 | SUMMONS Returned Executed by NEIL MONTGOMERY, JR, STORMI MONTGOMERY. DAVOL INC served on 6/5/2007, answer due 6/25/2007. (OVERHOLTZ, NEIL) (Entered: 07/20/2007) |
| 07/20/2007 | 13 | SUMMONS Returned Executed by NEIL MONTGOMERY, JR, STORMI MONTGOMERY. C R BARD INC served on 5/30/2007, answer due 6/19/2007. (OVERHOLTZ, NEIL) (Entered: 07/20/2007) |
| 07/24/2007 | 14 | ORDER - The defendants partial motion to dismiss count VI (doc. 5) is hereby GRANTED. Because the plaintiffs have voluntarily dismissed count V, that leaves counts I, II, III, IV, and VII as the remaining causes of action in this case. Signed by Judge ROGER VINSON on 7/24/2007. (djb) (Entered: 07/24/2007) |
| 08/08/2007 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of Judge ROGER VINSON notified that action is needed Re: 9 Initial Scheduling Order. (Rule 26 Meeting Report not filed.) (djb) (Entered: 08/08/2007) |
| 08/13/2007 | 15 | Letter from MDL Panel re: transmitting copy of conditional transfer order (djb) (Entered: 08/15/2007) |
| 08/21/2007 | | (Court only) ***Reset Deadline - 120 Day No Activity Deadline set for 12/19/2007 (djb) (Entered: 08/21/2007) |